**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6911**

MR. JAMES E. HOUCK,

                Petitioner - Appellant,

      v.

WARDEN, Western Correctional Institution,

                Defendant - Appellee,

STATE OF MARYLAND; BRIAN E. FROSH, The Attorney General of the State
of Maryland,

                Respondents - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.
George Jarrod Hazel, District Judge.  (8:17-cv-00903-GJH)

Submitted:  September 26, 2017             Decided:  September 28, 2017

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit
Judge.

Dismissed by unpublished per curiam opinion.

James Houck, Appellant Pro Se.  Edward John Kelley, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Houck seeks to appeal the district court's order denying his motions for appointment of counsel, to correct his sentence, and for a preliminary hearing. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Houck seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Houck leave to proceed in forma pauperis, deny his motion for transcripts at government expense, and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

3